IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:09cr167-MHT |
| | ) | (WO) |
| EARL KELLEY McCULLOUGH | ) | |

ORDER

Upon consideration of defendant Earl Kelley McCullough's petition for early termination of supervised release (doc. no. 171), and based on McCullough's successful completion so far of three years of his four-year term of supervised release, including compliance with all conditions of release, his stable residence and employment, his lack of substance abuse, and his lack of new arrests or warrants, and based on the government's response that it and the Probation Department do not oppose early termination, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Earl Kelley McCullough's term of

supervised release is terminated effective immediately, and he is discharged.

DONE, this the 20th day of July, 2018.

                                        /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**